# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY SELLS,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>VIJAY FADIA, et al.,<br>　　　Defendants. | CV 20-4175 DSF (PVCx)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH COURT ORDERS AND ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE |

　　　On March 1, 2021, this Court set a pretrial conference date of April 18, 2022.  Pursuant to the Court's Order re Jury Trial, the proposed pretrial conference order, proposed jury instructions, memoranda of contentions of fact and law, witness lists, and a joint exhibit list were to be filed on various dates no later than April 4, 2022.  As of this date, Plaintiff has filed none of these documents.

　　　The pretrial conference and trial dates are vacated.

　　　Plaintiff is ordered to show cause on May 2, 2022, at 3:00 p.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders.  Plaintiff may show cause by submitting a proposed pretrial conference order, memorandum of contentions of fact and law, and witness and exhibit lists no later than April 25, 2022.  Because neither party filed jury instructions, the Court concludes the parties have waived jury trial.  See Dkt. # 40 at p. 8.  If

Plaintiff submits documents that comply with this Court's orders and the Local Rules, a pretrial conference will be held on May 2, 2022 at 3:00 p.m.  If Plaintiff fails to submit such documents and fails to show cause why this action should not be dismissed, the action will be dismissed with prejudice.

Mandatory paper copies of all documents are to be submitted to chambers.

As the Court has previously noted, dkt. 30, although Plaintiff represents himself, he is not excused from complying with this Court's Rules and Orders.  Also as previously noted, dkts. 29 and 30, it is also his responsibility to prosecute this lawsuit.  Plaintiff was previously cautioned that failure to comply with the Court's Rules and Orders was likely to result in sanctions, which may include dismissal.  <u>Id.</u>  This is Plaintiff's final opportunity to comply with this Court's orders without suffering sanctions.

IT IS SO ORDERED.

Date:  April 14, 2022

_____
Dale S. Fischer
United States District Judge